

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>LIEUTENANT EVANS, et al.,<br><br>    Defendants. | NO. CV 05-05044 DDP (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br><br>**CONCLUSIONS, AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendants' Motion for Judgment on the Pleadings, Plaintiff's Opposition to the Motion, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections.  The Court has conducted a de novo review of those portions of the Report and Recommendation to which Objections were directed.  The Court concurs with the Report and Recommendation's findings, and the Objections do not cause the Court to reject or modify them.  Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

1      IT IS ORDERED that: (1) Defendants' Motion for Judgment on the
2 Pleadings is GRANTED; (2) the entire action is dismissed with prejudice;
3 and (3) Judgment shall be entered on behalf of Defendants.

5      The Clerk of the Court is directed to serve copies of this Order
6 and the Judgment on Plaintiff and counsel for Defendants.

8 DATED: 2-22-08

                                    _____
                                    DEAN D. PREGERSON
                                    UNITED STATES DISTRICT JUDGE