FILED
CLERK, U.S. DISTRICT COURT

FEB 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH EVANS, | ) | NO. CV 05-05044 DDP (SS) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| LIEUTENANT EVANS, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED that Defendants' Motion for Judgment on the Pleadings shall be granted.    Judgment is entered in favor of the Defendants and against Plaintiff on the entire action.

DATED: 2-22-08

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE